FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

11 JUL 14 PM 3:33

STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | 18 U.S.C. § 2 |
| | ) | 21 U.S.C. § 841(a)(1) |
| ANTHONY BEARD (01) | ) | 21 U.S.C. § 846 |
| JASON BUZZARD (02) | ) | |
| ALICIA HITE (03) | ) | |
| ANDY MITCHELL (04) | ) | CAUSE NUMBER: 3:11CR 078 |
| NICOLE GARCIA (05) | ) | |
| SHAYLA MONTAGUE (06) | ) | |

SEALED

**THE GRAND JURY CHARGES**:

### COUNT 1

On or about January 12, 2010, up to and including October 7, 2010, in the Northern District of Indiana,

**ANTHONY BEARD (01),
JASON BUZZARD (02),
ALICIA HITE (03),
ANDY MITCHELL (04),
NICOLE GARCIA (05) and
SHAYLA MONTAGUE (06),**

defendant herein, knowingly and intentionally combined, conspired, confederated and agreed with other persons known and unknown to the grand jury, to commit one or more offenses against the United States, to wit: to manufacture controlled substances including a mixture or substance which contained methamphetamine over 50 grams, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

A TRUE BILL:

s/Grand Jury Foreperson
Grand Jury Foreperson

APPROVED BY:

DAVID CAPP
UNITED STATES ATTORNEY

By:   s/Frank E. Schaffer
Frank E. Schaffer
Assistant United States Attorney