UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cause No. 3:11 CR 78 |
| ) | |
| ALICIA HITE ) | |
| _____) | |

## NOTICE OF MANUAL FILING

Comes now Defendant, Alicia Hite, by counsel, and gives notice of the manual filing of a document under seal

DATED:  October 12, 2012          /s/David Wemhoff
                                  David Wemhoff
                                  Attorney at Law
                                  105 E. Jefferson Boulevard
                                  Suite 800
                                  South Bend, Indiana  46601
                                  Tel. (574) 239-7005
                                  Fax: (574) 243-7568
                                  Email:  davidawemhoff@yahoo.com

Certificate of Service

I hereby certify that on October 12, 2012 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the appropriate Assistant United States Attorney.

                                  /s/David Wemhoff
                                  David Wemhoff

1