UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:11-CR-078 JD |
| ) | |
| ALICIA HITE (03) ) | |

**ORDER**

Defendant Alicia Hite has filed a request for appointment of counsel to represent her in seeking a reduction of sentence under the amended drug guidelines. [DE 287]. The court is not authorized to appoint counsel under the Criminal Justice Act for any offender seeking sentence modification under Amendment 782 to the Sentencing Guidelines. *See United States v. Foster*, 706 F.3d 887 (7th Cir. 2013). However, the Federal Community Defender's Office (FCD) has volunteered its services and is willing to enter its appearance on behalf of such offenders. Should the Court determine that the interests of justice require such an appearance it will ask the FCD to appear.

The United States Probation Office is DIRECTED to provide the Court, the defendant, and the government with a Sentence Reduction Addendum. At that point, if the Court believes that the interests of justice would be served by FCD representation it will ask them to appear and provide 10 days from that date for the preparation of an appropriate response. Failing to do so, the Court will notify the defendant and afford her 14 days to respond to the Addendum, if she desires.

SO ORDERED.

ENTERED:  November 17, 2014

      /s/ JON E. DEGUILIO
Judge
United States District Court